Jon M. Sands
Federal Public Defender
David Christensen (Utah Bar No. 13506)
Leticia Marquez (Arizona Bar No. 017357)
Charlotte G. Merrill (Arizona Bar No. 029786)
Assistant Federal Public Defenders
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
(801) 524-6043   voice
(602) 889-3960   facsimile
david_christensen@fd.org
leticia_marquez@fd.org
charlotte_merrill@fd.org

Joel J. Kittrell (Utah Bar No. 9071)
Zachary E. Peterson (Utah Bar No. 8502)
Local Counsel for Petitioner
Richards Brandt Miller & Nelson PLC
299 South Main Street, 15th Floor
Salt Lake City, Utah 84111
(801) 531-2000   voice
(801) 532-5506   facsimile
joel-kittrell@rbmn.com
zachary-peterson@rbmn.com
*Attorneys for Petitioner Archuleta*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| MICHAEL ANTHONY ARCHULETA,<br><br>  Petitioner,<br>v.<br><br>SCOTT CROWTHER, Warden of the Utah State Prison,<br><br>  Respondent. | **STATUS REPORT**<br><br>Case No.2:07-cv-630-TC<br><br>DEATH PENALTY CASE<br><br>Judge Tena Campbell |

This Court stayed the above-captioned federal habeas corpus proceeding and held it in abeyance (ECF Doc. No. 107), pending exhaustion of Petitioner Michael Archuleta's claims in

state court. This Court ordered Mr. Archuleta to file status reports every three months in order to apprise the Court of the status of the state court proceedings. (*Id.*) In compliance with that order, Mr. Archuleta submits the following report on the current status of the state proceedings.

On December 12, 2014, Mr. Archuleta commenced his state court post-conviction proceedings by filing a petition for post-conviction relief, in compliance with this Court's order to do so within 30 days of the issuance of the stay. (*Id.*) The state court has ordered the State of Utah to respond to the petition, with that response being due on April 15, 2015.

Mr. Archuleta will submit further status reports pursuant to this Court's order. The next status report is due on May 12, 2015.

Respectfully submitted this 12th day of February, 2015.

            Jon M. Sands
            Federal Public Defender

            David Christensen
            Assistant Federal Public Defender

            /s/ David Christensen

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February, 2015, I electronically filed the foregoing document to the Clerk's Office using the CM/ECF system which sent notification of such filing to the following registrants:

Thomas B. Brunker
Andrew F. Peterson
Assistant Attorneys General
160 East 300 South, Sixth Floor
P.O. Box 140854
Salt Lake City, Utah 84114-0854

/s/ Stephanie King
Legal Assistant