Jon M. Sands
Federal Public Defender
Leticia Marquez (Arizona Bar No. 017357)
Charlotte G. Merrill (Arizona Bar No. 029786)
Eric Zuckerman (Pennsylvania Bar No. 307979)
Assistant Federal Public Defenders
850 W. Adams St., Ste. 201
Phoenix, AZ 84101
(602) 382-2816   voice
(602) 889-3960   facsimile
leticia_marquez@fd.org
charlotte_merrill@fd.org
eric_zuckerman@fd.org

Joel J. Kittrell (Utah Bar No. 9071)
Zachary E. Peterson (Utah Bar No. 8502)
Local Counsel for Petitioner
Richards Brandt Miller & Nelson PLC
299 South Main Street, 15th Floor
Salt Lake City, Utah 84111
(801) 531-2000   voice
(801) 532-5506   facsimile
joel-kittrell@rbmn.com
zachary-peterson@rbmn.com
*Attorneys for Petitioner Archuleta*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| MICHAEL ANTHONY ARCHULETA,<br><br>Petitioner,<br>v.<br><br>LARRY BENSON, Warden of the Utah State Prison,<br><br>Respondent. | **STATUS REPORT**<br><br>Case No. 2:07-cv-630-TC<br><br>DEATH PENALTY CASE<br><br>Judge Tena Campbell |

This Court stayed Petitioner Michael Anthony Archuleta's case and held it in abeyance pending the exhaustion of issues in state court. (ECF 107.) Mr. Archuleta files this status report to apprise the Court of the current status of his state court proceedings.

Mr. Archuleta currently has two appeals pending before the Utah Supreme Court—*Archuleta v. State*, No. 20160419-SC and *Archuleta v. State*, No. 20160992-SC. The parties completed oral arguments in both cases. The parties also completed supplemental briefing in case number 20160419-SC on June 12, 2018. Both cases are under advisement.

Mr. Archuleta will submit further status reports pursuant to this Court's order. The next status report is due November 5, 2018.

Respectfully submitted this 6th day of August, 2018.

> Jon M. Sands
> Federal Public Defender
> Leticia Marquez
> Charlotte G. Merrill
> Eric Zuckerman
> Assistant Federal Public Defenders
>
> /s/ Charlotte G. Merrill

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of August, 2018, I electronically filed the foregoing document to the Clerk's Office using the CM/ECF system which sent notification of such filing to the following registrants:

Andrew F. Peterson  
Aaron G. Murphy  
Assistant Attorneys General  
160 East 300 South, Sixth Floor  
P.O. Box 140854  
Salt Lake City, Utah 84114-0854  

<u>/s/ Daniel Juarez</u>  
Assistant Paralegal  
Capital Habeas Unit