Jon M. Sands
Federal Public Defender
Leticia Marquez (Arizona Bar No. 017357)
Charlotte G. Merrill (Arizona Bar No. 029786)
Eric Zuckerman (Pennsylvania Bar No. 307979)
Megan Barnes (South Carolina Bar No. 104368)
Assistant Federal Public Defenders
250 N. 7th St., Ste. 600
Phoenix, AZ 85007
(602) 382-2816 voice
(602) 889-3960 facsimile
leticia_marquez@fd.org
charlotte_merrill@fd.org
eric_zuckerman@fd.org
megan_barnes@fd.org

Joel J. Kittrell (Utah Bar No. 9071)
Zachary E. Peterson (Utah Bar No. 8502)
Local Counsel for Petitioner
Richards Brandt Miller & Nelson PLC
299 South Main Street, 15th Floor
Salt Lake City, Utah 84111
(801) 531-2000 voice
(801) 532-5506 facsimile
joel-kittrell@rbmn.com
zachary-peterson@rbmn.com

*Attorneys for Petitioner*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| MICHAEL ANTHONY ARCHULETA,<br><br>Petitioner,<br>v.<br><br>SHARON D'AMICO, Warden of the Utah State Prison,<br><br>Respondent. | **STATUS REPORT**<br><br>Case No. 2:07-cv-630-TC<br><br>DEATH PENALTY CASE<br><br>Judge Tena Campbell |

Petitioner Michael Anthony Archuleta files this report to apprise the Court of the status of his state court proceedings.

The Court stayed Mr. Archuleta's case and held it in abeyance pending the exhaustion of issues in state court. (ECF No. 107; *see also* ECF No. 158.) The state trial court ordered a hearing on Mr. Archuleta's motion to correct his illegal sentence under Utah Rule of Criminal Procedure 22(e). Based on unforeseen circumstances, the evidentiary hearing has been rescheduled and will now begin October 23, 2025.

Mr. Archuleta will continue to file status reports in accordance with the Court's order. His next status report is due July 30, 2025.

Respectfully submitted this 30th day of April, 2025.

        Jon M. Sands
        Federal Public Defender
        Leticia Marquez
        Charlotte G. Merrill
        Eric Zuckerman
        Megan Barnes
        Assistant Federal Public Defenders

        /s/ Charlotte G. Merrill
        *Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April 2025, I electronically filed the foregoing document to the Clerk's Office using the CM/ECF system, which sent notification of such filing to the following registrants:

Daniel Day
Ginger Jarvis
Michael Gadd
Michael Palumbo
Assistant Solicitors General
160 East 300 South, Sixth Floor
P.O. Box 140854
Salt Lake City, Utah 84114-0854

/s/ Rebecca Diaz
Assistant Paralegal
Capital Habeas Unit